John Cerny, plaintiff in error, v. Josephine Cihlar et al., defendants in error. Gen. No. 24,017.

Contempt proceedings against receiver for failure to obey order of court. Judgment of guilty. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed December 31, 1919.

David K. Tone and Henry M. Ashton, for plaintiff in error. Joseph C. Pisha and Ewart Harris, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Harry Podolsky et al., trading as Podolsky & Katz, plaintiffs in error, v. Benjamin Fishman, trading as Benjamin Fishman & Company, defendant in error. Gen. No. 24,527.

Action to recover damages for breach of contract of sale and delivery of goods. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed December 31, 1919.

Michael Feinberg and Isadore Goldstein, for plaintiffs in error. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Cornelius Shanahan, appellee, v. Alex Podolski and John Podolski, appellants. Gen. No. 24,701.

Action to recover for personal injuries caused by being struck by horse and wagon. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Sam Welty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed December 31, 1919.

E. T. Noonan, for appellants. Sass & Hood, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Max Hecht, appellee, v. Leopold Osterricher, appellant. Gen. No. 24,723.

Action to recover damages for malicious prosecution. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed December 31, 1919.

A. G. Dicus, for appellant. Israel Cowen, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Rosa Kaufman, executrix of the last will and testament of Joseph Kaufman, deceased, appellant, v. Eugene Gehm et al., appellees. Gen. No. 24,840.

Claim against decedent's estate. Judgment for claimants. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919. Rehearing denied January 13, 1920.

H. B. Spurlock, for appellant. M. J. Riese, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.